# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ADAM JOVANOVIC, | Case No. 2:17-cv-02520-APG-PAL |
| Petitioner, | |
| v. | **ORDER SCHEDULING CASE-MANAGEMENT CONFERENCE** |
| SANJA KRSTIC, | |
| Respondent. | |

Petitioner Adam Jovanovic has filed a Verified Complaint and various motions seeking the return of his minor son, who allegedly is being illegally kept in the United States. Jovanovic also has filed a Petition for Warrant in Lieu of a Writ of Habeas Corpus.

Jovanovic seeks relief under the 1980 Hague Convention on Civil Aspects of International Child Abduction ("Hague Convention"). It does not yet appear that the Complaint and other papers have been served upon respondent Sanja Krstic. Given that Hague Convention cases for the return of minor children must be handled on an expedited basis, I hereby set a case-management conference for **Thursday, October 12, 2017 at 11:00 a.m.** At the case-management conference, the parties are to be prepared to discuss the following topics:

- the child's current location and living situation;
- whether a discovery plan should be adopted;
- the substantive issues likely to be raised at trial;
- how the parties intend to present evidence (e.g., by telephone, declaration or affidavits, or live testimony); and
- whether this case would be appropriate for mediation.

Petitioner's Petition for Warrant in Lieu of a Writ of Habeas Corpus requests an order directing law enforcement officers to physically secure the child away from Ms. Krstic and hold him at Child Haven. Ms. Krstic has not yet been served, she has not yet appeared in this case, and her deadline to answer or otherwise respond to the Verified Complaint has not yet passed. I am also concerned about the impact such an action would have on the child, given that he may not speak English and would be removed from his relative. I therefore will defer action on that Petition for Warrant at this time. Instead, I will enter a Temporary Restraining Order by separate order barring Krstic from removing the child from this jurisdiction. Jovanovic shall serve that TRO upon Krstic immediately. The parties should be prepared to discuss the Petition for Warrant at the case-management conference.

IT IS THEREFORE ORDERED that a case-management conference is set for **October 12, 2017, at 11:00 a.m.** in Courtroom 6C, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada.

IT IS FURTHER ORDERED that **Respondent Sanja Krstic must attend the case-management conference in person and with the minor child M.J.**; she may also have an attorney appear with her. If Respondent is unable to obtain private counsel, she may wish to contact an organization such as the Legal Aid Center of Southern Nevada or the State Bar of Nevada Lawyer Referral and Information Service.

IT IS FURTHER ORDERED that Petitioner Adam Jovanovic must serve a copy of this Order, and all other papers filed in this case, on Respondent Sanja Krstic and file proof of that service by October 11, 2017.

DATED THIS 5th day of October, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE