# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ADAM JOVANOVIC,

    Petitioner,

vs.

SANJA KRSTIC,

    Respondent.

Case No. 2:17-cv-02520-APG-PAL

**ORDER**

During the Case Management Conference on October 12, 2017, the parties announced that they had stipulated to a resolution of all issues except for temporary possession of the child's passport. I resolved that issue for them.

This court has personal jurisdiction over the parties by their appearances in this court and submission to this court's authority. This court has subject matter jurisdiction pursuant to The Hague Convention from Oct. 25, 1980, T.I.A.S. No. 11, 670 at 1, 22514 U.N.T.S. at 98, *reprinted in* 51 Fed. Reg. 10494 (1986) (hereinafter "Hague Convention").

On October 6, 2017, respondent Sanja Krstic was served with all of the documents filed in this case. Krstic and the minor child are present in Nevada, with the child allegedly being wrongfully retained here. This gives rise to the application of The Hague Convention to this matter. The child appeared healthy and comfortable in Krstic's care while in the courtroom. Apparently, Krstic's visa to remain in the United States expires on October 25, 2017, and she intends to return to Serbia by that date.

At the hearing, I provided Krstic a copy of the child's passport and the form letter from the United States Department of State. The child's passport was delivered to the Standish Naimi Law Group along with a copy of the form letter.

I hereby admonish both parties to obey all court orders or sanctions may be ordered.

/ / / /

IT IS HEREBY ORDERED as follows:

1. The child shall be returned to Belgrade, Serbia, on or before October 25, 2017. All custody matters are deferred to the Court of original jurisdiction in Serbia.

2. The child shall not be removed from Nevada and shall remain in Krstic's care until the return to Serbia.

3. On or before October 17, 2017, Krstic shall purchase plane tickets to transport the child from Las Vegas to Belgrade, Serbia. Krstic may accompany the child. The travel might include a stopover or change of planes in Zurich, Switzerland.

4. Within twenty-four (24) hours of purchasing the plane ticket, Krstic shall transmit a copy of the child's ticket and a full itinerary to Jovanovic's counsel, the Standish Naimi Law Group, 1635 Village Center Circle, Suite 180, Las Vegas, Nevada 89134, Telephone: (702) 998-9344, Fax: (702) 998-7460, Email: jason@standishnaimi.com.

5. The Standish Naimi Law Group shall hold for safekeeping the child's passport until the child departs Las Vegas. The passport shall be delivered to Krstic at McCarran International Airport with sufficient time for Krstic and the child to enter the gate area to ensure they board the designated flight to Belgrade.

6. If Krstic requires the child's original passport for any reason prior to boarding the plane to Belgrade, she may contact the Standish Naimi Law Group and request its temporary possession for the specific task requested.

7. A status check is set for October 26, 2017 at 10:00 a.m. in this court to determine whether or not the child embarked upon the trip to Belgrade.

**DATED** this 17th day of October, 2017.

_____
Andrew P. Gordon
UNITED STATES DISTRICT JUDGE