# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

ADAM JOVANOVIC,

    Petitioner,

vs.

SANJA KRSTIC,

    Respondent.

Case No. 2:17-cv-02520-APG-PAL

**ORDER VACATING HEARING AND CLOSING CASE**

(ECF No. 9)

Jovanovic's counsel has informed the court that Sanja Krstic has returned to Serbia with the minor child. Therefore, the status check set for October 26, 2017 at 10:00 a.m. is vacated and Jovanovic's Petition for Warrant in Lieu of Writ of Habeas Corpus **(ECF No. 9) is DENIED AS MOOT.** Because there is nothing further for me to do in this case, the clerk of the court is directed to close the file.

DATED this 25th day of October, 2017.

_____
Andrew P. Gordon
UNITED STATES DISTRICT JUDGE